E. BRYAN WILSON
Acting United States Attorney

KAYLA DOYLE
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: kayla.doyle@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | DISTRIBUTION OF A CONTROLLED |
| vs. | ) | SUBSTANCE   Vio. of 21 U.S.C. § |
| | ) | 841(a)(1), (b)(1)(C) |
| JAHNEA MONTIC JOHNSON, | ) | |
| a/k/a "Armthea Johnson," a/k/a | ) | COUNT 2: |
| "Money," | ) | FELON IN POSSESSION OF A FIREARM |
| Defendant. | ) | AND AMMUNITION |
| | ) |   Vio. of 18 U.S.C. §§ 922(g)(1) and |
| | ) |        924(a)(2). |
| | ) | |
| | ) | COUNT 3: |
| | ) | USE OF A FIREARM IN FURTHERANCE |
| | ) | OF DRUG TRAFFICKING |
| | ) |   Vio. of 18 U.S.C. § 924(c)(1)(A)(i). |

I N F O R M A T I O N

The United States Attorney charges that:

## COUNT 1

On or about August 4, 2021, within the District of Alaska, the defendant, JAHNEA MONTIC JOHNSON, a/k/a "Armthea Johnson," a/k/a "Money," did knowingly and intentionally distribute a controlled substance, to wit: a mixture and substance containing a detectable amount of methamphetamine.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## COUNT 2

On or about August 19, 2021, within the District of Alaska, the defendant, JAHNEA MONTIC JOHNSON, a/k/a "Armthea Johnson," a/k/a "Money," knowing she had previously been convicted by any court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: one sawed-off Marlin, .22 caliber semi-automatic rifle and associated ammunition.

## Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| 3/10/2017 | Assault in the Third Degree | Superior Court for the State of Alaska, Third Judicial District | 3AN-16-4207 |
| 8/10/2012 | Felon in Possession of a Firearm | Superior Court for the State of Alaska, Third Judicial District | 3AN-11-13845 |
| 7/25/2005 | Distribution of a Controlled Substance | United States District Court for the District of Alaska | 3:04-cr-00124-001-JKS |

2

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

COUNT 3

On or about August 4, 2021, within the District of Alaska, the defendant, JAHNEA MONTIC JOHNSON, a/k/a "Armthea Johnson," a/k/a "Money," knowingly possessed a firearm in furtherance of the drug trafficking crime charged in Count 1.

All of which is in violation of 18 U.S.C. § 924(c)(1)(A)(i).

    E. BRYAN WILSON
    Acting United States Attorney

    *s/ Kayla Doyle*
    KAYLA DOYLE
    Special Assistant U.S. Attorney
    United States of America